UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ROUND HILL CELLARS**,

a California corporation,

Plaintiff,

vs.

**LOLONIS WINERY,**

a California corporation,

Defendant.

Case No. 3:11-CV-00757-MEJ

**ORDER TERMINATING THE ADMINISTRATIVE CLOSURE** [Proposed]

On March 25, 2011, Defendant Lolonis Winery filed a voluntary petition for bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California (Case No. 11-43235). Because the automatic stay provisions of 11 U.S.C. § 362 (a) applied by operation of law, this Court ordered an Administrative Closure on April 10, 2011 (Docket No.7).

The bankruptcy petition was dismissed on June 6, 2011 (Case No. 11-43235)(Docket No. 57). No reorganization plan was proposed or entered, and no debts were discharged. Accordingly, Plaintiff Round Hill Cellars may now resume prosecution of this cause of action.

It therefore ORDERED that the Administrative Closure be lifted and proceedings be resumed. Plaintiff shall serve a copy of this ORDER on the Defendant who shall have 21 days from the date of this Order to answer or otherwise respond to the Complaint.

Dated: July 6 , 2011

_____
Chief United States Magistrate Judge