UNITED STATES DISTRICT COURT

Northern District of California

ROUND HILL CELLARS,   No. C 11-00757 MEJ

        Plaintiff,   **ORDER VACATING CMC**

  v.

LOLONIS WINERY,

        Defendant.

_____/

This matter is currently scheduled for a case management conference on September 1, 2011. However, as default has been entered against Defendant Lolonis Winery, the c.m.c. is hereby VACATED. Plaintiff Round Hill Cellars shall file a motion for default judgment within 30 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: August 25, 2011

                                                            _____
                                                            Maria-Elena James
                                                            Chief United States Magistrate Judge