IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROUND HILL CELLARS,

    Plaintiff,

v.

LOLONIS WINERY,

    Defendant.

No. C 11-00757 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Elizabeth D. LaPorte's Report and Recommendation Re: Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, judgment shall be entered in favor of Plaintiffs and against Defendant. The Court finds that Plaintiff's Predator wine label foes not infringe or dilute Defendant's Ladybug Red, Ladybug White, Ladybug Loves Lolonis, or ladybug design trademarks. The Court enjoins Defendant, its successors, assigns, officers, and anyone connected therewith, from bringing any further legal action of any type for trademark infringement or trademark dilution, or related causes of action, under the Lanham Act or state law against Plaintiff or its parents, affiliated companies, successors, assigns, officers or anyone connected therewith involving, related to or arising from the Predator trademark, label or trade dress, or its use of the ladybug design contained therein.

**IT IS SO ORDERED.**

Dated: January 5, 2012

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE